```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                                      2:12-cr-108

Ryan C. Smith

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 10) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to the information, and he is hereby adjudged guilty. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: July 11, 2012                      s\James L. Graham
                                               James L. Graham
                                               United States District Judge